IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DESIREE NICOLE BAILEY,
THE FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D17-453

v.

MICHAEL ANDREW BAILEY,
THE FORMER HUSBAND,

Appellee.

_____/

Opinion filed October 16, 2017.

An appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A.,
Jacksonville, for Appellant.

Lisa A. March of the Law Office of Lisa A. March, P.A., Jacksonville Beach, for
Appellee.

PER CURIAM.

In this post-dissolution appeal, we agree with the former wife that the trial

court erred in requiring the parties to equally split the responsibility of transportation

for timesharing because that issue was not pled or tried by consent. Accordingly, we reverse that portion of the challenged order. In all other respects, we affirm the order.[1]

AFFIRMED in part; REVERSED in part.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.

---

[1] Unlike the former wife, we do not read the order to modify the limitation on overnights embodied in the consent final judgment. Instead, as the former husband conceded in his brief, "he is still limited to 130 overnights."